UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                             Case No. 18-43262-MBM

ELONDO ANTONIO MOORE SR. AND        Chapter 13
CRYSTAL LAVERN MOORE,
          Debtor(s).                      Honorable Marci B. McIvor
_____/

## NOTICE OF STATE OF MICHIGAN UNFILED TAX RETURNS

Debtor(s) failed to file a tax return for income taxes for tax period(s) 2016 (

Elondo Moore) and 2013, 2014 and 2015 as required by 11 USC 1308 and/or

MCL 206.1 et seq. Failure to file tax returns may result in the Michigan

Department of Treasury either objecting to the Plan or filing a Motion to

**I. SIGNED TAX RETURNS SHOULD BE SUBMITTED TO:**

                       Michigan Department of Attorney General
                       SCFRA & Collections Division
                       Cadillac Place, Ste 10-200
                       3030 W. Grand Blvd
                       Detroit, MI 48202
                       Attn: Moe Freedman
                       **OR**
                       Via email: FreedmanM1@michigan.gov

1

Attach all supporting documentation including any required copies of Michigan Schedules, Federal Returns, 1099, and W-2 Statements. If you have already filed the required return(s), submit a copy to the above-designated Assistant Attorney General. For questions, call (313) 456-0140.

II. **IF YOU NEED ADDITIONAL INFORMATION TO FILE YOUR RETURNS:**

    W-2 or 1099--Contact your EMPLOYER(S)
    IF NOT RECEIVED, CONTACT THE IRS AT 313-237-0800 or
    800-829-1040
    IRS WEBSITE: www.irs.gov

Respectfully submitted,

BILL SCHUETTE
Attorney General

/s/ *Moe Freedman*
Moe Freedman (P74224)
Assistant Attorney General
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202
Telephone: (313) 456-0140
E-mail: FreedmanM1@michigan.gov

Dated: April 04, 2018